IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| LARRIE JENKINS, # 251907, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) CASE NO. 2:16-CV-570-WKW |
| | ) [WO] |
| ALABAMA PARDON AND | ) |
| PAROLE BOARD, *et al.*, | ) |
| | ) |
| Defendants. | ) |

## **ORDER**

On July 28, 2016, the Magistrate Judge filed a Recommendation to which no timely objections have been filed. (Doc. # 7.) Upon an independent review of the file and upon consideration of the Recommendation, it is ORDERED that

(1)   The Recommendation is ADOPTED;

(2)   Plaintiff's claims against the Alabama Pardons and Parole Board and Donna Kennedy are DISMISSED with prejudice pursuant to 28 U.S.C. § 1915(e)(2)(B)(i);

(3)   Plaintiff's request for monetary damages from agents or members of the Parole Board regarding the decision to deny parole are DISMISSED with prejudice pursuant to 28 U.S.C. § 1915(e)(2)(B)(iii); and

(4)   Plaintiff's request for release on parole is DISMISSED without prejudice pursuant to 28 U.S.C. § 1915(e)(2)(B)(ii) because the sole federal remedy in which to obtain this relief is a 28 U.S.C. § 2254 petition for habeas corpus relief.

A separate final judgment will be entered.

DONE this 22nd day of August, 2016.

                                        /s/ W. Keith Watkins
                              CHIEF UNITED STATES DISTRICT JUDGE